**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Battle Construction Co., Inc.
Plaintiff

V.

CIVIL ACTION

NO. 14cv13180 RGS

Invivo Therapeutics Holdings Corp
Defendant

## ORDER OF DISMISSAL

STEARNS, D.J.,

In accordance with the Court's Memorandum and Order dated 4/3/15 granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

4/3/15

Date

/s/ Elaine Flaherty

Deputy Clerk

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS