# United States Court of Appeals
## For the First Circuit

No. 15-1544

EDMOND GANEM,

Plaintiff, Appellant,

BATTLE CONSTRUCTION CO., INC., individually and on behalf of all others similarly situated; STEVE ADAMS,

Plaintiffs,

v.

INVIVO THERAPEUTICS HOLDINGS CORP.; FRANK REYNOLDS,

Defendants, Appellees.

**JUDGMENT**

Entered: January 9, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Thomas G. Shapiro
Christopher Anthony Duggan
Patrick J. Vallely
Peter A. Spaeth
Zachary C. Kleinsasser
Michael G. Bongiorno

James William Prendergast
Andrew S. Dulberg
Richard J. Rosensweig
Matthew P. Horvitz
Derek Domian
David M. Zucker